**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

JOSE LUIS LOPEZ-ZAMORA,
*Defendant-Appellant.*

No. 03-50304

D.C. No.
CR-01-01918-JM
Southern District
of California,
San Diego

ORDER
WITHDRAWING
OPINION AND
DENYING
PETITION FOR
REHEARING

Filed August 4, 2005

Before: A. Wallace Tashima, M. Margaret McKeown, and
Jay S. Bybee, Circuit Judges.

---

## ORDER

The opinion and concurring opinion filed December 29, 2004, and appearing at 392 F.3d 1087 (9th Cir. 2004), are withdrawn. They may not be cited by or to this court or any district court of the Ninth Circuit. A memorandum disposition shall be filed in their stead. With the withdrawal of the opinions and substitution of the memorandum disposition, the petition for rehearing is denied as moot. Subsequent petitions for rehearing and petitions for rehearing en banc may be filed.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO
——————————

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.